UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRIMAR SYSTEMS, INC.,

    Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　Case No. 01-74081
　　　　　　　　　　　　　　　　　　　　　Hon: AVERN COHN

POWERSDINE, LIMITED,

    Defendant,

_____

CHRIMAR SYSTEMS, INC.,

    Plaintiff,

　　　　　　　　　　　　　　　　　　　　　Case No. 06-13936
-vs-　　　　　　　　　　　　　　　　　　　Hon: AVERN COHN

FOUNDRY NETWORKS, INC.,

    Defendant,

_____

CHRIMAR SYSTEMS, INC.,

    Plaintiff,

　　　　　　　　　　　　　　　　　　　　　Case No. 06-13937
-vs-　　　　　　　　　　　　　　　　　　　Hon: AVERN COHN

D-LINK SYSTEMS, INC.,

    Defendant.

_____/

**ORDER REQUIRING RESPONSE TO
PLAINTIFF'S MOTION FOR RECONSIDERATION**

## ORDER REQUIRING RESPONSE TO
## PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff has moved for reconsideration or clarification of the Memorandum on Claim Construction. Defendants' shall file a response within ten (10) days.

It is not clear the relief requested by plaintiff. Accordingly, plaintiff shall lodge with the Court the form of order requested within five (5) days.

SO ORDERED.

                         s/Avern Cohn
                         AVERN COHN
                         UNITED STATES DISTRICT JUDGE

Dated: August 19, 2008

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 19, 2008, by electronic and/or ordinary mail.

                         s/Julie Owens
                         Case Manager, (313) 234-5160