IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRIMAR SYSTEMS, INC. d/b/a CMS TECHNOLOGIES, INC., a Michigan Corporation,<br><br>Plaintiff,<br><br>v.<br><br>D-LINK SYSTEMS, INC., a California Corporation,<br><br>Defendant. | Civil Action No. 06-13937<br><br>Honorable Avern Cohn |

**DECLARATION OF A.J. WANG IN SUPPORT OF
DEFENDANTS FOUNDRY NETWORKS INC.'S AND D-LINK SYSTEMS, INC.'S
JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT
OF CLAIM 17 OF U.S. PATENT NO. 5,406,260 BASED ON THE DOCTRINE
OF COLLATERAL ESTOPPEL**

OHS West:260735064.2

-2-

I, A.J. Wang, declare:

1. I make this declaration in support of the Joint Motion for Partial Summary Judgment of Non-Infringement of Claim 17 of U.S. Patent No. 5,406,260 Based on the Doctrine of Collateral Estoppel asserted by Defendants Foundry Networks, Inc. ("Foundry") and D-Link Systems, Inc. ("D-Link"), as well as for all other purposes allowed by law. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would competently testify to them under oath.

2. I have a BSc degree in Electrical Engineering from the Iowa State University and a BSc degree in Computer Engineering from Western Michigan University. I have worked in the fields of electronics engineering and telecommunications for approximately sixteen years at various technology companies, including CSS Laboratories and D-Link.

3. I am currently a Senior Vice President and Chief Technology Officer at D-Link, and have been an employee with the company for approximately eight years. My prior roles at D-Link include Director of Technical Services and Vice-President of Product Management. While employed by D-Link, I have been responsible for developing technical solutions and analyzing various D-Link products, including D-Link's DWL-P1012 12-port ("DWL-P1012") Midspan power insertion equipment, and I am familiar with the structure and function of that product discussed in this declaration.

### **D-LINK'S DWL-P1012 MIDSPAN PRODUCT**[1]

4. D-Link's DWL-P1012 Midspan power insertion product utilizes a Power-over-Ethernet chip designed and supplied by Microsemi Corporation – Analog Mixed Signal Group, Ltd (formerly PowerDsine Corporation) ("Microsemi"). As integrated with the

---

[1] Chrimar identified D-Link's accused products – called the "paradigm products for purposes of this lawsuit – in a letter to D-Link's counsel dated July 23, 2008. A copy of this letter is attached as Exhibit 2.

-2-

-3-

Microsemi chip, the D-Link DWL-P1012 is compliant with the IEEE 802.af standard for delivery of Power-over-Ethernet, and cannot supply high power over all four pairs or operate at Gigabit Ethernet data rates.

5. Utilizing the Microsemi PoE chip, D-Link's DWL-P1012 Midspan is designed to provide DC power to remote devices on a network such as IP phones. The DWL-P1012 Midspan is inserted between older switches and remote devices, allowing them to supply DC power to the remote devices. In this manner, a customer can receive the advantages of supplying inline power from a centralized location without having to replace an expensive Ethernet switch.

6. Attached as Exhibit 1 is a true and correct copy of the D-Link DWL-P1012 User's Guide, which is publicly available on D-Link's website. As set forth at page 1 Exhibit 1: "The Midspan will add power to 12 ports respectively in a 10/100Base-Tx Ethernet Network, over TIA/EIA-568 Category 5/5e/6 cabling. 48V DC operating power (up to 15.4W), for data terminal units, is fed over unused pairs of the cabling (7/8 and 4/5)." As set forth on page 2 of Exhibit 1, the DWL-P1012 is "IEEE 802.3af Power over Ethernet compliant."

7. D-Link, like other companies that design and manufacture electronic devices, employs a system for filing and tracking data sheets and other the engineering documents and technical specifications of its products. D-Link's business relies on the accuracy of this system and on the ability to match an individual product with the technical information pertaining to such a product. D-Link's User's Manual for the DWL-P1012 (Exhibit 1) is also posted on its web site for use by customers and others. I am therefore confident that Exhibit 1 is an accurate representation of D-Link's DWL-P1012 Midspan product as of the dates listed on each diagram.

**POWER SUPPLY AND DELIVERY**

-3-

8. The cable that connects a remote device to the DWL-P1012 Midspan and other Ethernet midspans contains eight wires. D-Link's DWL-P1012 product is a 10/100 Megabit Ethernet (10/100BaseT) product. *See*, *e.g.*, Ex. 1 at 1. In 10/100BaseT products, data traffic passing to and from a powered device, for example an IP phone, occupies only four of these wires, leaving the remaining four "spare" wires available for other purposes. In the standard nomenclature of those who work in this field and are skilled in the art, when only wires connected to pins 1, 2, 3, and 6 are used to carry data communication signals, the remaining wires connected to pins 4, 5, 7, and 8 are commonly referred to in the industry as the "spare pairs." *See also*, Ex. 1 at 2 and 6.

9. The DWL-P1012 product is a 12-port Midspan, which can supply power . *See*, *e.g.*, Ex. 1 at 1. Data communication occurs only over wires connected to pins 1, 2, 3, and 6, while power is only provided over spare wires connected to pins 4, 5, 7, and 8. *See*, *e.g.*, Ex. 1 at 1-2, 6-7. As a result, when the DWL-P1012 Midspan provides power to IP phones or other remote equipment, power and data travel over physically separate wires. *Id.* These Midspans never pass data communication signals over the spare wires that carry DC power, nor do they place DC power on the data communication lines.

10. Exhibit 1 describes the pin assignment of data communications and power output from the DWL-P1012 Midspan product. The Figure on page 7 of the Exhibit 1 (reproduced below) illustrates this pin assignment. Ex. 1 at 7. Each input and output port of the DWL-P1012 has 8 pins. Each pin is assigned a number 1 through 8. When a connection is made to a port of the DWL-P1012, there is a wire connected to each of the pins. Each of these wires has an input and output end. The wires, 1 through 8, are each electrically isolated from one another. Thus, the input from each of the wires connected to pins 4, 5, 7, 8 are electrically connected solely to respective outputs 4, 5, 7, and 8. The input from data wires connected to pins 1, 2, 3, and 6 of the DWL-P1012 are not electrically connected to the spare wires connected

-4-



Ex. 1 at 7.

11.     D-Link's DWL-P1012 Midspan product powers devices in a 10/100BaseT environment as discussed above. This Midspan product provides power and passes data over physically separate wires. The DWL-P1012 Midspan never passes data communication signals over the spare wires connected to pins 4, 5, 7, and 8 that carry DC power. Instead, only power is provided through spare wires connected to pins 4, 5, 7, and 8. Likewise, the product never places DC power on the wires connected to pins 1, 2, 3, and 6 that carry data communication signals. The wires connected to pins 1, 2, 3, and 6 are only used for data communication, and not for providing power. Thus, the same four wires are never used to pass data and carry DC power.

12.     The DWL-P1012 Midspan product is compliant with the IEEE 802.3af standard. *See* Exhibit 1 at 2. The IEEE 802.3af standard[2] ("802.3af") provides two alternatives

---

[2] A copy of the 802.3af standard is attached as Exhibit S to the Declaration of Monte Cooper In

for assigning pins (and the wires connected to them) to data and/or power. *See* Cooper PD Decl., Ex. S at 29-31 (Alternatives A and B). 802.3af compliant Midspan products powering devices in a 10/100BaseT environment must use Alternative B, and provide power and pass data over physically separate wires. *See, e.g.,* Cooper PD Decl., Ex. S at 29-31 ("Midspan PSEs shall use Alternative B."). The 802.3af standard provides that Midspan products provide power over the spare wires connected to pins 4, 5, 7, and 8. *See, e.g.,* Cooper PD Decl., Ex. S at 31, Table 33-1. 802.3af compliant midspans do not pass data communication signals over those same wires. *See, e.g.,* Cooper PD Decl., Ex. S at 30, Figure 33-4. Likewise, 802.3af compliant midspans do not place DC power on wires connected to pins 1, 2, 3, and 6, which are used for data communication. *Id.*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of September, 2009, at Fountain Valley, California.

_____
A.J. Wang

---

Support of PowerDsine, Ltd.'s Motion For Partial Summary Judgment Of Non-Infringement of Claim 16 of U.S. Patent '260 Based on Collateral Estoppel dated September 25, 2009 ("Cooper PD Decl."). It therefore is not being reproduced here.