UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRIMAR SYSTEMS, INC. d/b/a CMS TECHNOLOGIES, INC., a Michigan Corporation,<br><br>        Plaintiff,<br><br>   v.<br>D-LINK SYSTEMS, INC., a California Corporation,<br><br>        Defendant. | Civil Action No. 06-13937<br><br>Honorable Avern Cohn |

**INDEX OF EXHIBITS TO DECLARATION OF A.J. WANG IN SUPPORT OF DEFENDANTS FOUNDRY NETWORKS INC.'S AND D-LINK SYSTEMS, INC.'S JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT OF CLAIM 17 OF U.S. PATENT NO. 5,406,260 BASED ON THE DOCTRINE OF COLLATERAL ESTOPPEL**

**LIST OF EXHIBITS**

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | D-Link DWL-P1012 User's Guide |
| 2 | Chrimar's Letter to D-Link, dated July 23, 2008, identifying products accused of infringement |

Dated: October 5, 2009                By:     /s/ Monte M. F. Cooper
                                                William L. Anthony, Jr. *(pro hac vice)*
                                                Monte M. F. Cooper *(pro hac vice)*
                                                Zheng Liu *(pro hac vice)*
                                                Jesse Cheng *(pro hac vice)*
                                                ORRICK, HERRINGTON & SUTCLIFFE LLP
                                                1000 Marsh Road
                                                Menlo Park, CA  94025
                                                Telephone:(650) 614-7400
                                                Facsimile: (650) 614-7401
                                                wanthony@orrick.com
                                                mcooper@orrick.com
                                                jenliu@orrick.com
                                                jcheng@orrick.com


                                                Herschel Fink (P13427)
                                                HONIGMAN MILLER SCHWARTZ & COHN LLP
                                                2290 First National Building
                                                660 Woodward Avenue
                                                Detroit, MI  48226
                                                Telephone:(313) 465-7400
                                                Facsimile: (313) 465-7401
                                                hfink@honigman.com

                                                ***Attorneys for Defendant***
                                                ***D-Link Systems, Inc.***

                                                *-and-*

- 1 -

- 2 -

Fred K. Herrmann, Esq. (P49519)
William A. Sankbeil, Esq. (P19882)
KERR, RUSSELL AND WEBER, PLC
Detroit Center
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226-3427
Tel:  (313) 961-0200
Fax:  (313) 961-0388
fkh@krwlaw.com
was@krwlaw.com

Henry C. Bunsow
K.T. Cherian
Robert F. Kramer
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999
bunsowh@howrey.com
cheriank@howrey.com
kramerR@howrey.com

***Attorneys for Defendant
Foundry Networks, Inc.***

- 2 -

- 3-

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 5, 2009, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Andrew Kochanowski
akochanowski@sommerspc.com

Lisa R. Mikalonis
lmikalonis@sommerspc.com

Richard W. Hoffmann
hoffmann@reising.com

            By: /s/ Monte M. F. Cooper
              Monte M. F. Cooper
              ORRICK, HERRINGTON & SUTCLIFFE LLP
              1000 Marsh Road
              Menlo Park, CA 94025