# EXHIBIT 2

# Chrimar's Letter to D-Link dated July 23, 2008

- SINCE 1865 -

# REISING, ETHINGTON, BARNES, KISSELLE, P.C.

PATENT, TRADEMARK AND COPYRIGHT LAW

MICHAEL C. ADAMS
COREY M. BEAUBIEN
CARY W. BROOKS
TERESA A. CHISHOLM
E. COLIN CICOTTE
ROBERT C. COLLINS
FRANCIS J. FODALE
WILLIAM H. FRANCIS
ANDREW M. GROVE
GEORGE A. GROVE
STEVEN W. HAYS
RICHARD W. HOFFMANN
VINCENT C. ILAGAN
ERIC T. JONES
STEVEN L. PERMUT
BRIAN L. RIBANDO
MATTHEW J. SCHMIDT
DAVID J. SIMONELLI
JAMES D. STEVENS
STEVEN B. WALMSLEY
WILLIAM J. WAUGAMAN

201 W. BIG BEAVER - SUITE 400
TROY, MICHIGAN 48084

MAILING ADDRESS:
P.O. BOX 4390
TROY, MICHIGAN 48099-4390

TELEPHONE: (248) 689-3500
FACSIMILE: (248) 689-4071
www.reising.com

STUART C. BARNES   1910-1968
JOHN M. KISSELLE  1919-1980
PAUL J. REISING    1963-1993
PAUL J. ETHINGTON  1966-2003

July 23, 2008

Monte M.F. Cooper, Esq.  
Orrick Herrington & Sutcliffe LLP  
100 Marsh Road  
Menlo Park, California 94025  

Via Email and First Class Mail:  
07-23-08

RE: ChriMar Systems, Inc. v. D-Link Systems, Inc.  
USDC Eastern District of Michigan Civil Action No. 06-13937

Dear Monte:

Pursuant to the Court's instructions, ChriMar has compiled a list of products of D-Link Systems that ChriMar believes infringe the claims of the '260 patent:

| | | | | |
|---|---|---|---|---|
| 1. | Midspan, | 12-Port | | # DWL-P1012 |
| 2. | Switch, | 8-Port | | # DWS-1008 |
| 3. | Switch, | 8-Port | | # DES-1008PA |
| 4. | Switch, | 24-Port, | 10/100 | # DES-1228P |
| 5. | Switch, | 16-Port, | 10/100 | # DES-1316 |
| 6. | Switch, | 16-Port, | 10/100 | # DES-1316K |
| 7. | Switch, | 24-Port, | 10/100 | # DES-1526 |
| 8. | Switch, | 8-Port, | 10/100 | # DES-3010PA |
| 9. | Switch, | 24-Port, | 10/100 | # DES-3028P |
| 10. | Switch, | 48-Port, | 10/100 | # DES-3052P |
| 11. | Switch, | 24-Port, | Gigabit | # DWS-3227P |
| 12. | Switch, | 24-Port, | Gigabit | # DXS-3227P |
| 13. | Switch, | 24-Port, | 10/100 | # DES-3228PA |
| 14. | Switch, | 24-Port, | Gigabit | # DGS-3100-24P |
| 15. | Switch, | 48-Port, | Gigabit | # DGS-3100-48P |
| 16. | Switch. | 24-Port, | 10/100 | # DES-3828P |

This list represents the devices of which ChriMar is currently aware that ChriMar contends infringes the '260 patent.

Monte M.F. Cooper, Esq.
Orrick Herrington & Sutcliffe LLP
July 23, 2008
Page Two

    If you have any questions or comments, please do not hesitate to contact me.

        Very truly yours,

        REISING ETHINGTON BARNES KISSELLE PC

        Richard W. Hoffmann

RWH:jb
cc: K.T. Cherian, Esq.